UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L. COOPER,
    Plaintiff,

v.                                                                 Case No.: 5:24cv39-TKW/MJF

PENIX, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 18) and Plaintiff's untimely[1] objection (Doc. 19). The Court reviewed issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3) even though the objection was untimely. Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted.

Accordingly, it is **ORDERED** that:

---

[1] The R&R was issued on July 9, 2024, and it was mailed to Plaintiff on that same date, so Plaintiff had 17 days from that date to file objections. *See* Fed. R. Civ. P. 72(b)(2) (giving parties 14 days after service of the R&R to file objections); Fed. R. Civ. P. 5(b)(2)(C) (stating that service by mail is complete upon mailing); Fed. R. Civ. P. 6(d) (providing an additional 3 days when service is made by mail). Plaintiff objection was filed on July 29 when he provided it to prison official for mailing, but that was 3 days after the deadline.

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 5th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**